JUDGE DAVID GUADERRAMA               FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

MAY 1 2 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS ALEJANDRO MORENO, also known as (a.k.a.) "Bala", <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § | CRIMINAL NO. EP-21-CR- <br><br> S E A L E D <br> I N D I C T M E N T <br><br> CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; <br> CT 2: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; <br> CT 3: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; <br> CT 4: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and <br> CT 5: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute. |

THE GRAND JURY CHARGES:               **EP21CR0822**

## COUNT ONE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(ii))

That beginning on or about March 19, 2018 and continuing through May 12, 2021, in the Western District of Texas and elsewhere, Defendant,

**LUIS ALEJANDRO MORENO,**
**also known as (a.k.a.) "Bala",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, in violation of Title 21, United States Code, Sections 841(a)(1) and the

Rev. 2017-11-30

quantity of the mixture or substance containing cocaine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 5 kilograms or more, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT TWO
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C))

That beginning on or about March 19, 2018 and continuing through May 12, 2021, in the Western District of Texas and elsewhere, Defendant,

## LUIS ALEJANDRO MORENO,
### also known as (a.k.a.) "Bala",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved fentanyl, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1), and the quantity of the mixture or substance containing fentanyl involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is a quantity of a mixture or substance containing a detectable amount of fentanyl, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

Rev. 2017-11-30

## COUNT THREE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii))

That beginning on or about March 19, 2018 and continuing through May 12, 2021, in the Western District of Texas and elsewhere, Defendant,

**LUIS ALEJANDRO MORENO,**
**also known as (a.k.a.) "Bala",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of methamphetamine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FOUR
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(i))

That beginning on or about March 19, 2018 and continuing through May 12, 2021, in the Western District of Texas and elsewhere, Defendant,

**LUIS ALEJANDRO MORENO,**
**also known as (a.k.a.) "Bala",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in

violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved heroin, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and the quantity of heroin involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is one kilogram or more of a mixture or substance containing a detectable amount of heroin, all in violation of Title 21, United States Code, Sections 846, 841(a)(1)and 841(b)(1)(A)(i).

## COUNT FIVE
### (21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B)(vii))

That beginning on or about March 19, 2018 and continuing through May 12, 2021, in the Western District of Texas and elsewhere, Defendant,

### LUIS ALEJANDRO MORENO,

### also known as (a.k.a.) "Bala",

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of

Rev. 2017-11-30

other conspirators reasonably foreseeable to Defendant is 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(vii).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

Rev. 2017-11-30